UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY A. FRY,<br><br>       Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>       Defendant. | No. CV-05-0269-MWL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(a) |

BEFORE THE COURT is Defendant's October 3, 2006 motion, pursuant to Fed. R. Civ. P. 60(a), to correct the Court's Order issued on August 11, 2006. (Ct. Rec. 24).

On August 11, 2006, the Court granted Plaintiff's Motion for Summary Judgment (Ct. Rec. 11) and remanded the matter for an immediate award of benefits. (Ct. Rec. 22). In the body of its order, the Court referred to Plaintiff's application for Disability Insurance Benefits ("DIB") as being protectively filed on May 22, 2001. (Ct. Rec. 22, p. 2). The Court indicated that the remand of the case pertained only to Plaintiff's May 22, 2001 application which was properly appealed following its denial on reconsideration. (Ct. Rec. 22, p. 2).

- 1 -

1    Nevertheless, as stipulated by the parties in the instant
2 motion, Plaintiff's application for DIB (AR 91-94) was dated May
3 22, **2002**, not May 22, **2001**.  (Ct. Rec. 25, p. 2).  Accordingly, as
4 agreed by the parties, the Court's order of remand for an
5 immediate award of benefits should be amended to pertain to
6 Plaintiff's DIB application dated **May 22, 2002.**

7    Based on the foregoing, the Court hereby Orders as follows:
8    1.   Defendant's Motion For Relief From Judgment Pursuant to
9 Fed. R. Civ. P. 60(a) (**Ct. Rec. 24**) is **GRANTED**.
10   2.   This Court's August 11, 2006 order of remand for an
11 immediate award of benefits (**Ct. Rec. 22**) is hereby **AMENDED**
12 changing all references to Plaintiff's DIB application date of May
13 22, 2001 to May 22, 2002.
14   3.   The District Court Executive is directed to enter this
15 Order and provide a copy to counsel for Plaintiff and Defendant.
16   **IT IS SO ORDERED.**
17   **DATED** this   10th   day of October, 2006.

                                   s/Michael W. Leavitt
                                   MICHAEL W. LEAVITT
                                   UNITED STATES MAGISTRATE JUDGE